Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Mary Jo LaBoube, n/k/a Mary Jo Runyan, appeals the judgment of the Circuit Court of Franklin County modifying a decree of dissolution, which was previously entered, in favor of respondent, Eric La-Boube. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

*ORDER*

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding him guilty of five counts of sodomy in violation of Section 566.060 RSMo 1994. He was sentenced to five consecutive terms of life imprisonment.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Ross MISKELL, Defendant/Appellant.**

**No. 69910.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 27, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 18, 1998.

Application to Transfer Denied
April 21, 1998.

Deborah B. Wafer, District Defender, St. Louis, for defendant/appellant.

. Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel G. Cierpiot, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

■

**STATE of Missouri, Plaintiff–Respondent,**

v.

**Stephen L. FINSTER, Defendant–Appellant.**

**Stephen L. FINSTER, Movant–Appellant,**

v.

**STATE of Missouri, Respondent–Respondent.**

**Nos. 19139, 20453.**

Missouri Court of Appeals,
Southern District,
Division Two.

Jan. 27, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 17, 1998.

Application for Transfer Denied
March 24, 1998.